IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ISAIAH LEEGRAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-008 |
| | ) | |
| BRIAN HARDING, Officer; JACOB | ) | |
| BEASLEY, Warden; TIMOTHY C. | ) | |
| WARD, Commissioner; TELFAIR | ) | |
| STATE PRISON; JOHN DOE, Floor | ) | |
| Officer; JOHN DOE, Dept. Warden; | ) | |
| and JOHN OR JANE DOE, doctor/nurse, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 24, 2022, the Court granted Plaintiff, an inmate at Ware State Prison, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 14.) Plaintiff has returned his Consent to Collection of Fees form, (doc. no. 15), and he states prison officials will not return the Trust Fund Account Statement he provided to them. (See id. at 2-3.)

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall have until May 20, 2022, to submit the required Prisoner Trust Fund Account Statement signed by an authorized prison official. Failure to return the required paperwork will be an election to have this case dismissed

without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy.  The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff.  Plaintiff must then return the Trust Fund Account Statement to the Court by no later than May 20, 2022.

SO ORDERED this 29th day of April, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA