IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ISAIAH LEEGRAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-008 |
| | ) | |
| BRIAN HARDING, Officer; JACOB | ) | |
| BEASLEY, Warden; TIMOTHY C. | ) | |
| WARD, Commissioner; TELFAIR | ) | |
| STATE PRISON; JOHN DOE, Floor | ) | |
| Officer; JOHN DOE, Dept. Warden; | ) | |
| and JOHN OR JANE DOE, doctor/nurse, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed, (doc. no. 22). On January 24, 2022, the Magistrate Judge ordered Plaintiff to file an amended complaint. (Doc. no. 6.) When Plaintiff failed to do so, the Magistrate Judge entered an R&R to dismiss the case for failure to comply with the January 24th Order. (Doc. no. 8.) Plaintiff then untimely filed an amended complaint, and the Magistrate Judge accepted the filing and vacated the R&R. (Doc. no. 14.) On July 22, 2022, the Magistrate Judge screened the amended complaint and ordered Plaintiff to file a second amended complaint in order to fix numerous pleading deficiencies. (Doc. no. 19.) Plaintiff failed to do so in the time allowed, so the Magistrate Judge recommended dismissal on August 12, 2022. (Doc. no. 20.) In his objections dated August 15, 2022, Plaintiff claims he mailed an amended complaint to the Court on

August 1, 2022, but received a letter from the Clerk of Court on June 10, 2022, explaining he has no case in the Southern District of Georgia. (Doc. no. 22.) However, the Court has not received an amended complaint. Nor did the Clerk of Court send Plaintiff the letter he describes. Dismissal for failure to follow the Court's July 22nd Order is appropriate. As this dismissal is without prejudice, Plaintiff may still pursue his claims in a new case.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 8th day of September, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE